✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

07 CV 6741

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cherylie Knott

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | _Signature_ |
| Date | |
| | Deborah Lepow Ziegler    PHV789 |
| | Print Name    Bar Number |
| | 4265 San Felipe, Suite 1000 |
| | Address |
| | Houston    TX    77027 |
| | City    State    Zip Code |
| | (713) 622-7271    (713) 623-8724 |
| | Phone Number    Fax Number |